## ALEXIAS PIZZA, LLC *v.* COMMISSIONER OF REVENUE SERVICES

The plaintiff's petition for certification for appeal from the Appellate Court, 124 Conn. App. 901 (AC 31400), is denied.

*Clifford S. Thier,* in support of the petition.

Decided December 1, 2010

## VICKERY C. CHERNER, TRUSTEE OF THE LINDA C. MERRY TRUST *v.* JOHN ANTHONY MERRY ANDRIGHETTI ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 32267) is denied.

*Abram J. Heisler,* in support of the petition.

*Jeffrey M. Sklarz* and *Aaron A. Romney,* in opposition.

Decided December 1, 2010

## STATE OF CONNECTICUT *v.* COREY PETTIGREW

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 9 (AC 29405), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Pamela S. Nagy,* special public defender, in support of the petition.

*Toni M. Smith-Rosario,* senior assistant state's attorney, in opposition.

Decided December 8, 2010